# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

United States of America )
v. )
DOMUSIQUEZ Y. TINSLEY )
) Case No: 4:03cr70134-005
) USM No: 10236-084
Date of Previous Judgment: 5/18/05 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Danville
MAR 12 2008

JOHN F. CORCORAN, CLERK
BY: Terry Coleman
DEPUTY CLERK

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **60** months **is reduced to** **53 months***.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: **31**   Amended Offense Level: **29**
Criminal History Category: **III**   Criminal History Category: **III**
Previous Guideline Range: **135** to **168** months   Amended Guideline Range: **120** to **135** months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

The Government has objected to a reduction based on aspects of Defendant's pre-sentencing conduct. Finding that the pre-sentencing conduct is adequately accounted for under the amended guideline range, and upon consideration of the factors set forth in 18 U.S.C. § 3553(a) and U.S.S.G. § 1B1.10, the Government's objections are overruled and Defendant's sentence is reduced as provided above.

* Defendant's term of imprisonment is reduced to 53 months, but not less than time served.

Except as provided above, all provisions of the judgment dated **5/18/05** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: March 12, 2008

_____
Judge's signature

Effective Date: March 22, 2008
(if different from order date)

Norman K. Moon, United States District Judge
Printed name and title